# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-MLNI | CIVIL ACTION NO: 2:19-cv-00280-JAW |
| Plaintiff | CONSENTED MOTION TO AMEND COMPLAINT |
| vs. | RE:<br>15 Ocean Avenue, Cape Elizabeth, ME 04107 |
| Michael S. Tuttle and Tamara Lea Tuttle | Mortgage:<br>May 25, 2006<br>Book 24016, Page 89 |
| Defendants<br>JPMorgan Chase Bank, NA<br>Bank of America, NA<br>KAMCO Supply Corp. of Boston<br>Maine Department of Health and Human Services, Division of Support and Enforcement and Recovery | |
| Parties-In-Interest | |

**NOW COMES** the Plaintiff, U.S. Bank, National Association, as Successor Trustee to Bank of America, N.A., as Successor by Merger to LaSalle Bank, N.A., as Trustee for the Certificateholders of the MLMI Trust, Mortgage Loan Asset-Backed Certificates, Series 2006-MLNI, by and through undersigned counsel, pursuant to Fed.R.Civ.P.15(a) and hereby moves to amend the Complaint of Foreclosure to remove Defendant, Tamara Lea Tuttle and remove Counts II, III, and IV.  As grounds therefore, Plaintiff states the following:

1. Plaintiff's Complaint was filed on June 19, 2019.

2. The Defendants were served with the subject Complaint on September 5, 2019.

3. Proof of Service for all parties was completed and filed on September 9, 2019.

4. Pursuant to a Divorce Abstract recorded in the Cumberland County Registry of Deeds in Book 32327 Page 290, the subject property had been awarded to Defendant Michael S. Tuttle on December 23, 2014.

5. To confirm the transfer of the subject property, Defendant, Tamara L. Tuttle, executed a Quitclaim Deed to Defendant, Michael S. Tuttle on March 28, 2018, which is recorded in the said Registry of Deeds in Book 34744, Page 109.

6. The original Complaint had inadvertently included Defendant, Tamara L. Tuttle, and she should not be a party to this action.

7. Plaintiff will be filing a Stipulation of Dismissal herewith to remove Defendant, Tamara Lea Tuttle.

8. Furthermore, Plaintiff is requesting that this Court issue an Order allowing the removal of Counts II- Breach of Contract, Money Had and Received, Count III-Quantum Meruit, and Count IV-Unjust Enrichment.

9. Attached hereto as Exhibit A is Plaintiff's Proposed Amended Complaint.

10. Defense counsel, Aaron P. Burns, Esq. and John D. Clifford, IV Esq., consent to the bringing and granting of this motion.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court allow Plaintiff to amend the Complaint to add remove Defendant, Tamara Lea Tuttle and remove Counts II, II, and IV of Plaintiff's Complaint.

Dated: October 18, 2019

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## CERTIFICATE OF SERVICE

I, John A. Doonan, Esq., hereby certify that on this 18th day of October, 2019 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ John A. Doonan, Esq.
John A. Doonan, Esq., Bar No. 3250
Reneau J. Longoria, Esq., Bar No. 5746
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 225D
Beverly, MA 01915
(978) 921-2670
JAD@dgandl.com
RJL@dgandl.com

## SERVICE LIST

John D. Clifford, IV, Esq.
Clifford & Golden, P.A.
P.O. Box 368
Lisbon Falls, ME 04252

Aaron P. Burns, Esq.
Two Monument Square, Suite 901
P.O. Box 108
Portland, ME 04112

Bank of America, N.A.
c/o Shectman Halperin & Savage, LLP
1080 Main Street
Pawtucket, RI 02860

KAMCO Supply Corp. of Boston
C/o Agent: Lauren Turner
344 Riverside Street
Portland, ME 04103

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

Maine Department of Health and Human Services,
Division of Support Enforcement and Recovery
19 Union Street
Augusta, ME 04330