UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION,<br>    Plaintiff<br><br>v.<br><br>MICHAEL S. TUTTLE, et al.,<br>    Defendants | )<br>)<br>)<br>)    2:19-cv-00280-JAW<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order issued on June 1, 2021, by U.S. District Judge John A. Woodcock, Jr.,

JUDGMENT of dismissal without prejudice is hereby entered.

CHRISTA K. BERRY
Clerk of Court

By:

/s/ Teagan Snyder
Deputy Clerk

Dated this 1st day of June, 2021